UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

JONATHAN SCOTT,

        Defendant.

- - - - - - - - - - - - - - - - -X

<u>UNSEALING ORDER</u>

13-CR-00125 (JBW)

        Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Matthew S. Amatruda, for an order unsealing the indictment in the above-captioned matter as to the defendant named above;

        WHEREFORE, it is ordered that the indictment in the above-captioned matter be unsealed as to the defendant named above.

Dated:    Brooklyn, New York
           April 30, 2013

                              s/ Cheryl L. Pollak

                              UNITED STATES MAGISTRATE JUDGE
                              EASTERN DISTRICT OF NEW YORK