## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE Cheryl L. Pollak**                **DATE : 5/1/13**

**DOCKET NUMBER: 13CR125(JBW)**           LOG # : 3:24 – 3:32

**DEFENDANT'S NAME :** Jonathan Scott
   ✓ Present   ___ Not Present   ✓ Custody   ___ Bail

**DEFENSE COUNSEL :** ~~Paul Rinaldo~~ Stuart Grossman
   ___ Federal Defender   ✓ CJA   ___ Retained

**A.U.S.A:** ~~Alison Cooley~~ Matthew Amatruda       **DEPUTY CLERK : F. Chin**

**INTERPRETER :** _____ (Language) _____

___ Hearing held. ___ Hearing adjourned to ___

___ Defendant was released on ___ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by ___

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type ___ Start ___ Stop ___

✓ Order of Speedy Trial entered.   Code Type ___ Start 5/1/13 Stop 6/10/13

✓ Defendant's first appearance.   ✓ Defendant arraigned on the indictment.

✓ Attorney Appointment of ___ FEDERAL DEFENDER  ✓ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓ Status conference set for 6/10/13 @ 10:00 before Judge Weinstein

**OTHERS :** ___