# CRIMINAL CAUSE FOR PLEADING

BEFORE: **RAMON E. REYES, JR**     DATE: **5/31/13**     START TIME: **11:41 AM**
                                                        END TIME: **12:02 PM**

**13-CR-00125-(5)(JBW)**

DEFT'S. NAME:    **Jonathan Scott**
     √ **present**     not present          √ Custody          Bail/Bond

DEFENSE COUNSEL:    **Stuart J. Grossman**
     √ **present**     not present     √ CJA          Retained          Public Defender

A.U.S.A.: **Matthew Amatruda 718- 254-7012**

CLERK: M. Vertus (LANG.-)    FTR#11:41:00-12:02:37

| | |
|---|---|
| X | CASE CALLED |

DEFT.   **X** SWORN          **X** ARRAIGNED          **X** INFORMED OF RIGHTS
          **X** WAIVES TRIAL BEFORE DISTRICT COURT

|   |   |
|---|---|
|     | DEFT STATES TRUE NAME TO BE _____. INFORMATION AMENDED. |
|     | WAIVER OF INDICTMENT EXECUTED FOR DEFT. |
|     | INFORMATION FILED. |
|     | DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED. |
|     | DEFT ENTERS GUILTY PLEA TO THE INFORMATION. |
| X   | **DEFT WITHDRAWS NOT GUILTY PLEA AND ENTERS A GUILTY PLEA TO COUNT 1 OF THE INDICTMENT** . |
| X   | **COURT FINDS FACTUAL BASIS FOR THE PLEA**. |
| X   | **SENTENCING DATE SET FOR 9/23/13 at 10:00 a.m. before Judge Weinstein** |
| X   | DEFT CONT'D IN CUSTODY |
|     | ORDER SETTING CONDITIONS OF RELEASE AND BOND ENTERED |
|     | UNSECURED BOND SET AT _____ FOR DEFT. |
|     | OTHER CONDITIONS: |
|     | SPEEDY TRIAL INFO FOR DEFT     STILL IN EFFECT |
|     | CODE TYPE___ START___ STOP___ |
|     | ORDER / WAIVER EXECUTED & FILED.     ENT'D ON RECORD. |

**X**    **Transcript Ordered for Judge Weinstein**

OTHER: PURSUANT TO FEDERAL RULE 11 OF CRIMINAL PROCEDURE, MAGISTRATE REYES DID ADMINISTER THE ALLOCUTION. A FINDING HAS BEEN MADE THAT THE PLEA WAS MADE KNOWINGLY AND VOLUNTARILY AND THE PLEA WAS NOT COERCED. THE MAGISTRATE RECOMMENDS THAT THE PLEA OF GUILTY BE ACCEPTED . PLEA AGREEMENT MARKED AS COURT EXHIBIT #1 AND RETURNED TO THE ASSISTANT.