UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

JONATHAN SCOTT,

        Defendant.

13-CR-125

Memorandum and Order
Explaining Sentence for
Violation of Terms of
Supervised Release

**JACK B. WEINSTEIN, Senior United States District Judge:**

At a hearing on March 15, 2016, an amendment to the Violation of Supervised Release ("S.R.") Report, dated November 4, 2015 was accepted.

Defendant Jonathan Scott pled guilty to one charge of violation of supervised release: he failed to report to the probation department on November 3, 2015 as instructed. *See* Violation of S.R. Report, Nov. 4, 2015, at 6 (charge five); Hr'g Tr., March 15, 2016 ("Hr'g Tr.").

The applicable sentencing range pursuant to the sentencing guidelines is three to nine months of incarceration. *See* Hr'g Tr. Ordered is a sentence of six months of incarceration, with the termination of supervised release upon defendant's release from prison. The sentence is reasonable in light of defendant's history of failure to comply with the requirements of his release and his flouting of all efforts to help him. *See* Hr'g Tr.; Violation of S.R. Report, Nov. 4, 2015, at 12-13.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: March 21, 2016
      Brooklyn, New York



1